UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | EDCV 26-2915-VBF (AS) | Date | June 18, 2026 |
|---|---|---|---|
| Title | *Ernesto Mercado Mejia v. J. Johnson, et al.* | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):    ORDER TO SHOW CAUSE**

On May 26, 2026, Petitioner, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") challenging the legality of his arrest and civil immigration detention by United States Immigration and Customs Enforcement ("ICE") at the Adelanto ICE Processing Center within this District.  (Dkt. No. 1).  Respondents filed a Response on June 4, 2026.  (Dkt. No. 11).  The Response stated, among other things, that Petitioner is entitled to a "Rodriguez" bond hearing as of June 5, 2026 (id. at 4), but they did not indicate whether any bond hearing had yet been scheduled or provided.  Respondents also vaguely suggested that Petitioner may be subject to mandatory detention under the Laken Riley Act (i.e., 8 U.S.C. § 1226(c)(1)(E)), but they failed to explain or support this.

Therefore, on June 8, 2026, the Court ordered Respondents to file (and serve on Petitioner) a supplemental brief (along with a declaration and supporting documentation, as relevant) addressing these issues by no later than June 15, 2026.  (Dkt. No. 12).  As of this date, however, Respondents have not done so.

Accordingly, Respondents are **ORDERED TO SHOW CAUSE in writing, by no later than June 22, 2026**, why the Petition should not be granted and/or why sanctions should not be imposed due to Respondents' failure to comply with the Court's June 8 Order.  Respondents may discharge this Order by filing a supplemental brief in accordance with the June 8 Order.

IT IS SO ORDERED.

cc:    Valerie Baker Fairbank
       Senior United States District Judge